# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| JAMESETTA LELAND | CIVIL ACTION NO. 16-1542 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| XTO ENERGY CORP., ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no timely written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint (Record Document 1) is dismissed with prejudice for failure to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that the Clerk of Court is to decline to file any civil complaint submitted by Jamesetta Leland unless the complaint has been presented first to a district judge of this court and the judge has specifically authorized in writing that the complaint be filed. It is also ordered that any motion to proceed in forma pauperis that accompanies such a complaint shall be referred to a district judge for action.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this the 5th day of January, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE